IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| YUSEF HOLLINS, # 1864680, | § | |
| Plaintiff, | § | CIVIL ACTION NO.  6:16-CV-00360-RC |
| | § | |
| v. | § | |
| M. LARSON, | § | |
| | § | |
| Defendant. | | |

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u><br><u>OF UNITED STATES MAGISTRATE JUDGE</u>

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On February 7, 2019, the Magistrate Judge issued his Report and Recommendation (Doc. No. 60), recommending this action be dismissed with prejudice and all pending motions be denied as moot. On February 25, 2019, Plaintiff, who is no longer incarcerated in prison, acknowledged receipt of the Magistrate Judge's Report. (Doc. No. 61.) No objections to the Report and Recommendation have been presented for consideration within the prescribed time period for such objections. Therefore, the Court adopts the Report and Recommendation of the United States Magistrate Judge (Doc. No. 60) as the findings of this Court.

Accordingly, it is **ORDERED** that Defendant's Motion (Doc. No. 55) is **GRANTED** and that this action be **DISMISSED WITH PREJUDICE**. Any other pending motions are **DENIED** as **MOOT**.

So **ORDERED** and **SIGNED  March 19, 2019.**

_____
Ron Clark, Senior District Judge

1